VELIKANJE HALVERSON, P.C.
Carter L. Fjeld
P.O. Box 22550
Yakima, WA 98907
509-248-6030
Attorneys for Scott McDonald and Ken Myer

**So Ordered.**

**Dated: September 28th, 2012**

Frank L. Kurtz
Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| IN RE: | ) |
| | ) NO. 08-01741-FLK7 |
| ARMEN L. WEISHAAR | ) |
|     Debtor, | ) Adversary No.: 08-80066 |
| _____ | ) |
| | ) |
| SCOTT MACDONALD and | ) FINDINGS OF FACT AND |
| KEN MYER, | ) CONCLUSIONS OF LAW |
| | ) |
|     Plaintiff, | ) |
| | ) |
| Vs. | ) |
| | ) |
| ARMEN L. WEISHAAR | ) |
| | ) |
|     Defendant. | ) |

This matter having come on regularly on motion of Plaintiffs for Summary Judgment against Defendant and Defendant choosing to not contest Plaintiffs' motion and the court having reviewed the files and records herein to include without limitation, the Certified Statement of Ken Myer, the Court does herewith make the following:

Findings of Fact and Conclusions of Law     - 1

Velikanje Halverson P.C.
405 East Lincoln Ave.
P.O. Box 22550
Yakima, WA 98907
(509) 248-6030

08-80066-FLK    Doc 46    Filed 09/28/12    Entered 09/28/12 13:38:29    Pg 1 of 4

# **FINDINGS OF FACT**

1. At Mr. Weishaar's request Plaintiffs established a checking account and savings account at Wells Fargo Bank (WFB) with Mr. Weishaar as one of the three signatories on each account.

2. The only funds deposited to the WFB accounts were those belonging to the Plaintiffs. Mr. Weishaar deposited nothing to those accounts.

3. The funds deposited into the WFB accounts were for the sole agreed upon purpose of acquiring foreclosure properties at foreclosure sales in the names of Plaintiffs.

4. Mr. Weishaar was granted the limited authority to access funds in the WFB accounts solely for the purpose of acquiring foreclosure properties at foreclosure sales in the names of Plaintiffs.

5. Mr. Weishaar had agreed with Plaintiffs that he would only use the funds in the WFB accounts for the purpose of acquiring foreclosure properties at foreclosure sales in the names of Plaintiffs.

6. Mr. Weishaar used the above referenced accounts on at least four occasions for withdrawals of a total of $75,000.00 without prior approval of Plaintiffs and used the funds withdrawn for his personal purposes and not for the purposes of acquiring foreclosure properties at foreclosure sales in the names of Plaintiffs as previously agreed to.

7. The unauthorized withdrawals by Mr. Weishaar were as follows:

Findings of Fact and Conclusions of Law - 2

Velikanje Halverson P.C.
405 East Lincoln Ave.
P.O. Box 22550
Yakima, WA 98907
**(509) 248-6030**

08-80066-FLK    Doc 46    Filed 09/28/12    Entered 09/28/12 13:38:29    Pg 2 of 4

| Date of Withdrawal | Amount | To Whom Paid |
|---|---|---|
| April 16, 2007 | $20,000.00 | Personal Withdrawal at Wells Fargo Bank in Kennewick |
| May 3, 2007 | $15,000.00 | Electronic Transfer to Weishaar Account |
| May 8, 2007 | $20,000.00 | Electronic Transfer to Weishaar Account |
| July 17, 2007 | <u>$20,000.00</u> | Electronic Transfer to Weishaar Account |
| **Total:** | **$75,000.00** | |

8. Mr. Weishaar has failed to account to Plaintiffs for any of said withdrawals.

## CONCLUSIONS OF LAW

1. The funds deposited by Plaintiff's into their WFB accounts to which they granted Mr. Weishaar access constituted trust funds.

2. Mr. Weishaar's position of trust as to the funds in the WFB accounts made him a trustee of those accounts with fiduciary responsibility to Plaintiffs for all of his activities with respect to such funds.

3. Plaintiff's reliance on Mr. Weishaar's representations in regard to his agreed to limited access to and use of the funds in the WFB accounts were material and were rightfully relied upon by the Plaintiffs.

4. Defendant Weishaar intended for Plaintiffs to rely upon his representations in order to receive access to Plaintiffs' bank account.

Findings of Fact and Conclusions of Law - 3

Velikanje Halverson P.C.
405 East Lincoln Ave.
P.O. Box 22550
Yakima, WA 98907
**(509) 248-6030**

5. The representations by Mr. Weishaar that he would use such funds for the limited purposes described were false and the Plaintiffs did not know the falsity of the representations at the time they gave Mr. Weishaar access to their bank account.

6. Plaintiff's were damaged as a result of Defendant's fraudulent action.

7. Such actions on the part of the Defendant constitute fraud, defalcation, embezzlement and/or larceny while acting in a fiduciary capacity and such debt obligations evidenced above are non-dischargeable pursuant to the provisions of 11 U.S.C. 523 (a)(4) .

8. That the debt of Defendant in the principal sum of $75,000.00 is non-dischargeable.

//End of Order//

Presented by:

VELIKANJE HALVERSON P.C.
Attorneys for Plaintiff

/S/
Carter L. Fjeld, WSBA 11290

Findings of Fact and Conclusions of Law - 4

Velikanje Halverson P.C.
405 East Lincoln Ave.
P.O. Box 22550
Yakima, WA 98907
**(509) 248-6030**

08-80066-FLK    Doc 46    Filed 09/28/12    Entered 09/28/12 13:38:29    Pg 4 of 4